UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES CASEY OCONNOR,                )<br>#4209-19                                                  )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )           CIVIL ACTION NO.<br>VS.                                                        )<br>                                                              )           3:20-CV-3258-G (BN)<br>CHARLES E. EDGE, Sheriff, ET AL.,    )<br>                                                              )<br>            Defendants.                          ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the "FCR"). To the extent that Plaintiff can cure the deficiencies noted in the FCR, he may file an amended civil rights complaint within **21 days** of the date of this order. His failure to do so will result in the dismissal of this action with prejudice without further notice.

**SO ORDERED**.

November 24, 2020.

                                                    /s/ A. Joe Fish
                                                  A. JOE FISH
                                                  Senior United States District Judge