UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JAMES CASEY OCONNOR,           )
#4209-19                       )
                               )
            Plaintiff,         )
                               )     CIVIL ACTION NO.
VS.                            )
                               )     3:20-CV-3258-G (BN)
CHARLES E. EDGE, Sheriff, ET AL.,  )
                               )
            Defendants.        )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's Motion to Compel Discovery and Petition for Writ of habeas Corpus (docket entry 12) ("the FCR").  An objection was filed by Plaintiff.  The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, Conclusions, and Recommendation for plain error.  Finding no error, the Court ACCEPTS the FCR.  And Plaintiff's construed application for a writ of habeas corpus under 28 U.S.C. § 2241 concerning prison disciplinary convictions is DENIED.

The Court further DIRECTS the Clerk of Court to open for statistical purposes a new Section 2241 case (nature of suit 530 directly assigned, per Special Order 3-250,

to Senior United States District Judge A. Joe Fish and United States Magistrate Judge

David L. Horan) and to close the same on the basis of this order.

**SO ORDERED**.

January 12, 2021.

A. JOE FISH
Senior United States District Judge